William T. Josem, Esquire
CLEARY, JOSEM & TRIGIANI LLP
325 Chestnut Street, Suite 200
Philadelphia, PA 19106
Telephone: 215-735-9099

*Attorneys for Defendant,*
*UAW Local 259 Pension Fund*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____
:
MANHATTAN FORD LINCOLN, INC.,       :
:
               Plaintiff,    :  **CIVIL ACTION No. 17-CV-5076**
       v.         :
:  **DECLARATION**
UAW LOCAL 259 PENSION FUND,    :
:
            Defendant   :
_____

### DECLARATION OF WILLIAM T. JOSEM, ESQ.

I, William T. Josem, Esq., an attorney admitted to practice in the State of New Jersey,

hereby declare as follows:

1.      I am an attorney-at-law admitted to practice in this Court

2.      I am a partner at Cleary, Josem & Trigiani LLP and counsel for the UAW Local

259 Pension Fund ("Plan") in this case.

3.      I make this declaration in support of the Plan's Cross-Motion for Summary

Judgment and in Opposition to the Motion for Summary Judgment filed by Manhattan Ford

Lincoln, Inc. ("Manhattan Ford"), based on my personal knowledge of the facts stated herein.

4.      Attached as Exhibit 1 is Actuarial Standards Board, Actuarial Standard of Practice

No. 27 (including ASOP § 3.6), Adopted September 2007, updated for deviation language

effective May 1, 2011, which was admitted into evidence as Arbitrator's Exhibit 2 at the arbitration hearing (Transcript of Arbitration Hearing, pp. 34-35, attached to the Declaration of Jacob (Yaakov) Roth in this matter);

5.      Attached as Exhibit 2 is the Report of Thomas D. Levy, Manhattan Ford Exhibit 8 in Support of the Motion for Summary Judgment filed by Manhattan Ford in the arbitration proceeding and which was admitted into evidence at the arbitration hearing (Transcript of Arbitration Hearing, p. 9, attached to the Declaration of Jacob (Yaakov) Roth in this matter);

6.      Attached as Exhibit 3 is the Deposition of Thomas D. Levy, Manhattan Ford Exhibit 2 in Support of the Motion for Summary Judgment filed by Manhattan Ford in the arbitration proceeding and which was admitted into evidence at the arbitration hearing (Transcript of Arbitration Hearing, pp.11-12, attached to the Declaration of Jacob (Yaakov) Roth in this matter);

7.      Attached as Exhibit 4 is the Deposition of Diane Gleave, which was admitted into evidence as Arbitrator's Exhibit 4 at the arbitration hearing (Transcript of Arbitration Hearing, pp. 97-98, attached to the Declaration of Jacob (Yaakov) Roth in this matter);

8.      Attached as Exhibit 5 is the United Auto Workers Local 259 Pension Fund Actuarial Valuation and Review as of January 1, 2014, which was admitted into evidence as Arbitrator's Exhibit 3 at the arbitration hearing (Transcript of Arbitration Hearing, p. 79, attached to the Declaration of Jacob (Yaakov) Roth in this matter);

9.      Attached as Exhibit 6 is the Joint Stipulation of Facts which was admitted into evidence as Arbitrator's Exhibit 1 at the arbitration hearing (Transcript of Arbitration Hearing, p. 8, attached to the Declaration of Jacob (Yaakov) Roth in this matter);

10.    Attached as Exhibit 7 are excerpts from the Joint Appendix in *Concrete Pipe & Products v. Construction Laborers Pension Trust*, 508 U.S. 602 (1993), Exhibit H in support of the Plan's Motion for Summary Judgment in the arbitration proceeding, which was admitted into evidence at the arbitration hearing (Transcript of Arbitration Hearing, p. 9, attached to the Declaration of Jacob (Yaakov) Roth in this matter);

11.    Attached as Exhibit 8 is the Brief on Merits by Petitioner Concrete Pipe in *Concrete Pipe & Products v. Construction Laborers Pension Trust*, 508 U.S. 602 (1993), Exhibit I in support of the Plan's Motion for Summary Judgment in the arbitration proceeding, which was admitted into evidence at the arbitration hearing (Transcript of Arbitration Hearing, p. 9, attached to the Declaration of Jacob (Yaakov) Roth in this matter);

12.    Attached as Exhibit 9 is an excerpt from the Reply Brief for Petitioner in *Concrete Pipe & Products v. Construction Laborers Pension Trust*, 508 U.S. 602 (1993), Exhibit J in support of the Plan's Motion for Summary Judgment in the arbitration proceeding, which was admitted into evidence at the arbitration hearing (Transcript of Arbitration Hearing, p. 9, attached to the Declaration of Jacob (Yaakov) Roth in this matter);

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

CLEARY, JOSEM & TRIGIANI LLP

By:    ____/s/ William T. Josem_____
William T. Josem, Esquire
Email: wtjosem@cjtlaw.org
325 Chestnut Street, Suite 200
Philadelphia, PA 19106
Telephone:  215-735-9099

*Attorneys for Defendant,*
*UAW Local 259 Pension Fund*

Dated:  November 20, 2017